IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY C. BONTEMPS,

      Plaintiff,                          No.  2:12-cv-2793 CKD P

    vs.

DALE L. LyVELSOM,                    ORDER

      Defendant.

_____/

      By an order filed November 20, 2012, plaintiff was ordered to file a completed application to proceed in forma pauperis or pay the filing fee within thirty days.  Plaintiff was cautioned that failure to comply would result in a recommendation that this action be dismissed. (Dkt. No. 3.)  Plaintiff's consent to this court's jurisdiction was subsequently filed.  (Dkt. No. 4.) The thirty day period has now expired, and plaintiff has not filed a completed application to proceed in forma pauperis nor paid the filing fee.

////

////

////

////

////

1

1  Accordingly, IT IS HEREBY ORDERED that this action is dismissed without
2  prejudice.
3  Dated: January 24, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / bont2793.fifp