IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY C. BONTEMPS,

       Plaintiff,                     No. 2:12-cv-2793 CKD P

    vs.

DALE L. LyVELSOM,

       Defendant.              ORDER

_____/

       On March 1, 2013, plaintiff filed a motion to proceed in forma pauperis. This civil rights action was closed on January 24, 2013. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Dated: March 6, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
bont2793.58